Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **U.S. Outdoor Holding LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA US Outdoor**<br>**DBA US Outdoor Store** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-1259887** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **600 NW 14th Ave Ste A**<br>**Portland, OR 97209**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Multnomah**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.usoutdoor.com**

6. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor  **U.S. Outdoor Holding LLC**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **U.S. Outdoor Holding LLC**  
Name

Case number (*if known*) _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | U.S. Outdoor Holding LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 4, 2020**
MM / DD / YYYY

**X /s/ Edward A. Ariniello**          **Edward A. Ariniello**
Signature of authorized representative of debtor          Printed name

Title **Member Manager**

**18. Signature of attorney**

**X /s/ Douglas R. Ricks**          Date **September 4, 2020**
Signature of attorney for debtor          MM / DD / YYYY

**Douglas R. Ricks**
Printed name

**Vanden Bos & Chapman, LLP**
Firm name

**319 SW Washington**
**Suite 520**
**Portland, OR 97204**
Number, Street, City, State & ZIP Code

Contact phone **503-241-4869**          Email address **doug@vbcattorneys.com**

**044026 OR**
Bar number and State

Douglas R. Ricks, OSB #044026
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR 97204
Telephone: 503-241-4869
Fax: 503-241-3731

    Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. |
|---|---|
| U.S. Outdoor Holding LLC<br><br>Debtor-in-Possession. | DECLARATION UNDER PENALTY OF PERJURY BY LIMITED LIABILITY COMPANY DEBTOR CERTIFYING DOCUMENTS REQUIRED BY 11 U.S.C. §1116(1)(B) |

    I, Edward A. Ariniello, am a member and CEO of Debtor in this case, declare under penalty of perjury as follows:

    1.    A "statement of operations" has not been prepared.

    I further declare that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: September 4, 2020

                                      /s/ Edward A. Ariniello
                                      Edward A. Ariniello, Declarant

Page 1 of 1    DECLARATION UNDER PENALTY OF PERJURY BY LIMITED LIABILITY COMPANY DEBTOR CERTIFYING DOCUMENTS REQUIRED BY 11 U.S.C. §1116(1)(B)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 20-32571-dwh11    Doc 1    Filed 09/04/20

# US Outdoor Holding, LLC
## Balance Sheet
### As of July 31, 2020

|  | Jul 31, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **10000 · Checking Accounts** | |
| 10019 · Checking - US Bank - 1119 | 33,450.86 |
| 10020 · Checking - US Bank - 1218 | 3,190.46 |
| 10030 · Checking - Key Bank - 5204 | 36,057.85 |
| 10040 · Checking - Key Bank - 5477 | 175,176.06 |
| **Total 10000 · Checking Accounts** | 247,875.23 |
| **10100 · Savings Accounts** | |
| 10120 · Savings - Reserve | 0.05 |
| 10130 · Savings - Solomon | 23.78 |
| **Total 10100 · Savings Accounts** | 23.83 |
| **10500 · Clearing Accounts** | |
| 10520 · Paypal | 4,679.73 |
| **Total 10500 · Clearing Accounts** | 4,679.73 |
| 10550 · Bank Clearing | 11,252.51 |
| 10800 · Petty Cash | 150.21 |
| **Total Checking/Savings** | 263,981.51 |
| **Other Current Assets** | |
| 12100 · Inventory Asset | 526,287.87 |
| 12300 · Prepaid Expenses | 7,265.12 |
| 15100 · Security Deposits | 50,000.00 |
| **Total Other Current Assets** | 583,552.99 |
| **Total Current Assets** | 847,534.50 |
| **Fixed Assets** | |
| 15000 · Furniture and Equipment | 350.00 |
| 15500 · Vehicle | 22,500.00 |
| **Total Fixed Assets** | 22,850.00 |
| **Other Assets** | |
| 18000 · Goodwill | 661,424.92 |
| **Total Other Assets** | 661,424.92 |
| **TOTAL ASSETS** | **1,531,809.42** |
| **LIABILITIES & EQUITY** | |

# US Outdoor Holding, LLC
## Balance Sheet
As of July 31, 2020

| | Jul 31, 20 |
|---|---:|
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **20000 · AP (Inventory)** | |
| 20999 · AP - HOLDING | -11,186.31 |
| 20000 · AP (Inventory) - Other | 1,037,398.62 |
| **Total 20000 · AP (Inventory)** | 1,026,212.31 |
| 20100 · AP (Operations) | 94,238.89 |
| **Total Accounts Payable** | 1,120,451.20 |
| **Credit Cards** | |
| **20590 · US Bnk CC-9137 Mstr Pymnts Only** | |
| 20591 · US Bank CC - EA 0402 | 58,461.51 |
| 20592 · US Bank CC - CA 6068 | 45,993.67 |
| 20593 · US Bank CC - TS 5694 | 6,718.40 |
| 20590 · US Bnk CC-9137 Mstr Pymnts Only - Other | -82,566.10 |
| **Total 20590 · US Bnk CC-9137 Mstr Pymnts Only** | 28,607.48 |
| **20600 · CC - Office Depot 5942** | -46.88 |
| **20601 · AMEX** | |
| 20650 · Amex 71003 | 45,857.96 |
| 20655 · AMEX 71011 | 123,007.74 |
| 20601 · AMEX - Other | -112,124.12 |
| **Total 20601 · AMEX** | 56,741.58 |
| 20660 · Capital One 5825 | 22,706.82 |
| 20675 · Chase 1023 | 15,091.17 |
| **Total Credit Cards** | 123,100.17 |
| **Other Current Liabilities** | |
| **Sales Tax Liability** | -19.20 |
| **20680 · National Funding Loans** | |
| 20682 · National Funding - 563A - Mar19 | -24,136.40 |
| 20684 · National Funding - 563A - Oct19 | 66,822.62 |
| 20680 · National Funding Loans - Other | -389.20 |
| **Total 20680 · National Funding Loans** | 42,297.02 |
| **20690 · SBA Loans** | |
| 20691 · SBA Loan 71-09 | 266,607.00 |
| 20692 · SBA EDIL Loan | 10,000.00 |
| **Total 20690 · SBA Loans** | 276,607.00 |

# US Outdoor Holding, LLC
# Balance Sheet
## As of July 31, 2020

|  | Jul 31, 20 |
|---|---:|
| 20700 · Gift Card Liabilities | 131,242.73 |
| 21010 · Payroll Liabilities |  |
|   21200 · Federal Payroll Liabilities |  |
|     21210 · Federal 940 (Payable) | 1,703.44 |
|     21220 · Federal 941 (Payable) | 127,623.78 |
|   Total 21200 · Federal Payroll Liabilities | 129,327.22 |
| Total 21010 · Payroll Liabilities | 129,327.22 |
| 21300 · State Payroll Liability |  |
|   21340 · State OQ (Payable) | 47,018.83 |
|   21350 · Statewide Transit Tax | 8.05 |
|   21300 · State Payroll Liability - Other | 299.98 |
| Total 21300 · State Payroll Liability | 47,326.86 |
| 21710 · Dental Insurance (Payable) | -678.76 |
| 21720 · Vision Insurance (Payable) | -35.43 |
| 21730 · Accident Insurance (Payable) | -45.91 |
| 21750 · FSA Healthcare (Payable) | 1,545.52 |
| 21760 · FSA Dependent Care (Payable) | 2,323.67 |
| 21780 · Parking Reimbursement (Payable) | -629.51 |
| 21800 · Pension (Payable) | 474.47 |
| 28000 · Notes Payable - E&C Ariniello | 28,821.61 |
| Total Other Current Liabilities | 658,557.29 |
| Total Current Liabilities | 1,902,108.66 |
| Long Term Liabilities |  |
|   29000 · Notes Payable Solomon | 1,250,000.00 |
|   29100 · Notes Payable PUNVER | 150,000.00 |
|   29200 · Notes Payable AUNVER | 50,000.00 |
| Total Long Term Liabilities | 1,450,000.00 |
| Total Liabilities | 3,352,108.66 |
| Equity |  |
|   31000 · Owners Equity |  |
|   31001 · Note Equity - Prior Period | 101,567.75 |
|   31600 · Owners Equity - Ed Ariniello |  |
|     31601 · CC - EA Personal 4957 | 176.25 |
|     31602 · CC - EA Personal 7388 | 231.03 |
|     31600 · Owners Equity - Ed Ariniello - Other | 637,519.82 |
| Total 31600 · Owners Equity - Ed Ariniello | 637,927.10 |
| 31610 · Owners Equity - Carrie Ariniell |  |

# US Outdoor Holding, LLC
## Balance Sheet
### As of July 31, 2020

|  | Jul 31, 20 |
|---|---:|
| 31611 · CC - CA Personal 2371 | 896.40 |
| 31610 · Owners Equity - Carrie Ariniell - Other | 6,600.00 |
| Total 31610 · Owners Equity - Carrie Ariniell | 7,496.40 |
| 31700 · Owners Equity - A Unverzagt | 150,000.00 |
| 31701 · Owners Equity - A Pollard | 150,000.00 |
| Total 31000 · Owners Equity | 1,046,991.25 |
| 32000 · Retained Earnings | -2,245,002.57 |
| Net Income | -622,287.92 |
| Total Equity | -1,820,299.24 |
| TOTAL LIABILITIES & EQUITY | 1,531,809.42 |

# US Outdoor Holding, LLC
## Profit & Loss
### July 2020

|  | Jul 20 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **46000 · Merchandise Sales** | |
| 46100 · In-Store Sales | 56,293.83 |
| 46200 · eCommerce Sales | |
| 46201 · Paypal | 7,915.84 |
| 46202 · Amazon | 2,792.03 |
| 46203 · Drop-Ship Sales | -15.35 |
| 46200 · eCommerce Sales - Other | 23,602.53 |
| **Total 46200 · eCommerce Sales** | 34,295.05 |
| **Total 46000 · Merchandise Sales** | 90,588.88 |
| 48300 · Vendor Discounts Given | 0.00 |
| **Total Income** | 90,588.88 |
| **Cost of Goods Sold** | |
| **50000 · Cost of Goods Sold (Inventory)** | |
| 50500 · In-Store | 33,317.06 |
| 50700 · Online Sales | 21,900.57 |
| 50000 · Cost of Goods Sold (Inventory) - Other | 0.00 |
| **Total 50000 · Cost of Goods Sold (Inventory)** | 55,217.63 |
| **50090 · Inventory - Freight -In** | |
| 50091 · Drop-Ship Freight | 3.50 |
| 50090 · Inventory - Freight -In - Other | 149.33 |
| **Total 50090 · Inventory - Freight -In** | 152.83 |
| **50100 · Cost of Sales** | |
| 59700 · eComm | Online Services | 7,370.68 |
| 59800 · Merchant Account Fees | 2,129.13 |
| **Total 50100 · Cost of Sales** | 9,499.81 |
| 68200 · Postage/ Shipping | 4,722.38 |
| **Total COGS** | 69,592.65 |
| **Gross Profit** | 20,996.23 |
| **Expense** | |
| **General & Administrative** | |
| 60300 · Parking and Tolls | 312.10 |
| **60400 · Bank Service Charges** | |
| 60402 · Late Fees | 1,614.68 |

Case 20-32571-dwh11    Doc 1    Filed 09/04/20

# US Outdoor Holding, LLC
## Profit & Loss
July 2020

|  | Jul 20 |
|---|---:|
| 60405 · Bank Fees - Service Charges | 33.50 |
| **Total 60400 · Bank Service Charges** | **1,648.18** |
| 61700 · Computer and Internet Expenses | 459.90 |
| 63300 · Liability Insurance | 2,353.04 |
| 64300 · Meals and Entertainment 50% | 28.00 |
| 64400 · Travel | 20.97 |
| 64900 · Office Supplies | 2,126.38 |
| 64950 · Software Subscription Expense | 326.97 |
| 66700 · Professional Fees | |
|   66720 · Accounting / Bookkeeping | 3,885.00 |
|   66740 · Design Fees | 270.00 |
|   66700 · Professional Fees - Other | 3,597.50 |
| **Total 66700 · Professional Fees** | **7,752.50** |
| General & Administrative - Other | 13,235.00 |
| **Total General & Administrative** | **28,263.04** |
| Occupancy | |
|   63600 · Janitorial Expense | 0.00 |
|   64800 · Furniture & Fixtures < $2500 | 1,200.00 |
|   66300 · Business Tax | 2,421.70 |
|   67200 · Repairs and Maintenance | 50,847.18 |
|   68600 · Utilities | |
|     68601 · Telephone Expense | 2,327.19 |
|     68600 · Utilities - Other | 2,905.20 |
|   **Total 68600 · Utilities** | **5,232.39** |
| **Total Occupancy** | **59,701.27** |
| Sales & Marketing | |
|   60180 · Advertising and Promotion | 675.59 |
|   60188 · Events & Classes | 305.26 |
|   69600 · Consignment Sales Expense | 80.00 |
| **Total Sales & Marketing** | **1,060.85** |
| 60000 · Payroll Expenses | |
|   60010 · Labor | |
|     60031 · Hourly Labor | 20,683.80 |
|     60032 · Salary Labor | 18,652.08 |
|     60033 · Holiday Pay | 612.00 |
|     60034 · Overtime Pay | 304.46 |
|     60035 · Paid Time Off | 0.00 |

# US Outdoor Holding, LLC
## Profit & Loss
July 2020

|  | Jul 20 |
|---|---|
| Total 60010 · Labor | 40,252.34 |
| 60050 · Federal Payroll Taxes | 3,007.08 |
| 60060 · State Payroll Taxes | 894.82 |
| 63400 · Worker's Compensation | 1,079.86 |
| 66400 · Pension Plan | 328.99 |
| 66500 · Medical/ Dental Insurance | 599.97 |
| 66550 · Other Employee Benefits | 371.10 |
| 60000 · Payroll Expenses - Other | 462.52 |
| Total 60000 · Payroll Expenses | 46,996.68 |
| 999999 · Suspense | -4,111.64 |
| Total Expense | 131,910.20 |
| Net Ordinary Income | -110,913.97 |
| Other Income/Expense | |
| Other Expense | |
| 60401 · Finance Charges | 5,829.26 |
| 63500 · Interest Expense | 8,656.84 |
| 80000 · Ask My Accountant | 299.98 |
| Total Other Expense | 14,786.08 |
| Net Other Income | -14,786.08 |
| Net Income | -125,700.05 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Oregon

In re **U.S. Outdoor Holding LLC**      Case No.
Debtor(s)      Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **Hourly** |
   | Prior to the filing of this statement I have received | $ **19,667** |
   | Balance Due | $ **Unknown** |

2. The source of the compensation paid to me was:
   
   [✓] Debtor     [ ] Other (specify):

3. The source of compensation to be paid to me is:
   
   [✓] Debtor     [ ] Other (specify):

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

   \* **Debtor has agreed to pay an hourly rate for all pre and post-petition services. Pre-petition services are $23,661 (subject to review) and inclusive of filing fee of $1,717.00. $10,366.00 remains in trust account.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **None**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September 4, 2020** | **/s/ Douglas R. Ricks** |
| *Date* | **Douglas R. Ricks** |
| | *Signature of Attorney* |
| | **Vanden Bos & Chapman, LLP** |
| | **319 SW Washington** |
| | **Suite 520** |
| | **Portland, OR 97204** |
| | **503-241-4869** |
| | **doug@vbcattorneys.com** |
| | *Name of law firm* |