In re __U.S. Outdoor Holding LLC__       Case No. __20-32571-dwh11__
                    Debtor(s)             Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __U.S. Outdoor Holding LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 4, 2020**                    **/s/ Douglas R. Ricks**
Date                                      **Douglas R. Ricks**
                                          Signature of Attorney or Litigant
                                          Counsel for __U.S. Outdoor Holding LLC__
                                          **Vanden Bos & Chapman, LLP**
                                          **319 SW Washington**
                                          **Suite 520**
                                          **Portland, OR 97204**
                                          **503-241-4869**
                                          **doug@vbcattorneys.com**