Fill in this information to identify the case:

Debtor name: **U.S. Outdoor Holding LLC**
United States Bankruptcy Court for the: **DISTRICT OF OREGON**
Case number (if known): 20-32571-dwh11

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Airblaster, LLC**<br>PO Box 430<br>Bend, OR 97703 | **Customer Service**<br><br>customerservice@myairblaster.com<br>541-410-5831 | **Vendor** | | | | $23,174.34 |
| **Amer Sports**<br>PO Box 3141<br>Carol Stream, IL 60132-3141 | **Paul Amante**<br><br>paul.amante@amersports.com<br>801-624-7539 | **Vendor** | | | | $100,463.28 |
| **American Express**<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | **Beckett & Lee (Agent)**<br><br>proofofclaim@becket-lee.com<br>610-228-2570 | **Credit Card** | | | | $54,867.51 |
| **Arcteryx Equipment**<br>PO Box 7247-6560<br>Philadelphia, PA 19170-6560 | **Rob Scott**<br><br>credit@arcteryx.com | **Vendor** | | | | $54,401.76 |
| **C3 Worldwide, LLC**<br>4917 14th Ave NW<br>Seattle, WA 98107 | **Brian J. Ferber, Esq**<br><br>(Fax)818-708-2885<br>818-705-3835 | **Vendor** | | | | $43,565.52 |
| **Capital One - Spark Card**<br>PO Box 60599<br>City of Industry, CA 91716-0599 | **Customer Service**<br><br>1-800-867-0904 | **Credit Card** | | | | $26,847.65 |
| **Dakine Inc.**<br>PO Box 743477<br>Lost Angeles, CA 90074-3477 | **Customer Service**<br><br>store@dakine.com<br>1-800-827-7466 | **Vendor** | | | | $46,744.87 |

| Debtor | U.S. Outdoor Holding LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Group Rossignol USA, Inc. dba The Rossignol Group 75 Remittance Drive, Suite 3080 Chicago, IL 60695 | Michael T. Davis, Esq. mike@davisgalm.com 503-644-9000 | Vendor | | | | $41,856.88 |
| K2 Sports PO Box 913174 Denver, CO 80291-3185 | Brian Johnson brian_johnson@k2sports.com 1-800-426-1617 x1267 | Vendor | | | | $43,466.96 |
| Luxottica of America PO Box 50987 Los Angeles, CA 90074 | Deniqua Turner dturner@us.luxottica.com 1-800-422-2020 option 5 | Vendor | | | | $38,431.51 |
| Marker Volkl US, Inc. PO Box 913185 Denver, CO 80291-3185 | Brian Johnson brian_johnson@k2sports.com 1-800-426-1617 x1267 | Vendor | | | | $35,063.92 |
| Nitro Snowboards & L1 Outerwear PO Box 651029 Salt Lake city, UT 84165 | Customer Service office@foundarydist.com 877.506.1169 | Vendor | | | | $22,082.52 |
| Smith Sport Optics PO Box 4300 Mail Stop 79 Portland, OR 97208 | Dorothy McKay ar@smithoptics.com 1-973-576-2511 | Vendor | | | | $27,706.16 |
| Sole Technology PO Box 511293 Los Angeles, CA 90051-7848 | Accounts Receivable creditandcollections@soletechnology.com 949-460-2020 | Vendor | | | | $24,888.43 |
| Solomon Management, Inc. c/o Douglas Grim Brownstein Rask, LLP 1 SW Columbia St Ste 900 Portland, OR 97258 | Douglas Grim dgrim@brownsteinrask.com | Unperfected lien - Judgment | | | | $2,109,384.00 |

| Debtor | U.S. Outdoor Holding LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The North Face Outdoor, LLC<br>13911 Collection Center Dr<br>Chicago, IL 60693-0139 | Dana Miller<br><br>dana_miller@vfc.com<br>920-735-1963 | Vendor | | | | $91,892.16 |
| The Small Business Administration<br>1545 Hawkins Blvd Ste 202<br>El Paso, TX 79925 | Kathleen Bickers, Asst US Atty<br><br>kathleen.bickers@usdoj.gov<br>503-727-1060 | PPP Loan | | | | $266,607.00 |
| US Bank Credit Card<br>321 SW 6th Ave.<br>Portland, OR 97204 | Customer Service<br><br>incoming.ekmail@usbank.com<br>503-944-4040 | Credit Card | | | | $28,237.50 |
| VF Outdoor Vans<br>13911 Collection Center Dr<br>Chicago, IL 60693-0139 | Dana Miller<br><br>Dana_Miller@vfc.com<br>920-735-1963 | Vendor | | | | $36,420.74 |
| Volcom, LLC<br>Dept LA 23134<br>Pasadena, CA 91185-3134 | Deniz Pasinli<br><br>dpasinli@volcom.com<br>1-949-646-2175 x6292 | Vendor | | | | $82,470.63 |

Debtor name     **U.S. Outdoor Holding LLC**

United States Bankruptcy Court for the:     DISTRICT OF OREGON

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ■    Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐   *Schedule H: Codebtors* (Official Form 206H)
- ☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 4, 2020**     X **/s/ Edward A. Ariniello**
Signature of individual signing on behalf of debtor

**Edward A. Ariniello**
Printed name

**Member Manager**
Position or relationship to debtor

DOUGLAS R. RICKS  OSB #044026
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon  97204
TELEPHONE:  (503) 241-4869
FAX: (503) 241-3731

    Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | ) | Case No. |
|---|---|---|
| U.S. Outdoor Holding LLC | ) | CERTIFICATE OF SERVICE |
| | ) | RE U.S. TRUSTEE |
| Debtor-in-Possession. | ) | |
| | ) | |

    I hereby certify that on September 4, 2020, I prepared a copy of the List of Creditors Holding 20 Largest Unsecured Claims and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.  I further certify that this office prepared mailing labels addressed to Debtor, Debtor's Attorney and each contact person for each creditor listed in the List of Creditors Holding 20 Largest Unsecured Claims.

    I hereby certify that I served the above on the U.S. Trustee, 620 SW Main Street, Rm. 213, Portland, OR  97205, by email to ustpregion18.pl.ecf@usdoj.gov  and by mailing a copy of the above-named document and labels to the U.S. Trustee in a sealed envelope, addressed to the U.S. Trustee at the U.S. Trustee's last known address.  Said envelope was deposited in the Post Office at Portland, Oregon, on the below date, postage prepaid.

    Dated: September 4, 2020

                      Respectfully submitted;

                      VANDEN BOS & CHAPMAN, LLP

                      By:/s/Douglas R. Ricks
                        DOUGLAS R. RICKS  OSB #044026
                        Of Attorneys for Debtor-in Possession

Page 1 of 1 -   CERTIFICATE OF SERVICE RE U.S. TRUSTEE

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 20-32571-dwh11    Doc 4    Filed 09/04/20