Douglas R. Ricks, OSB #044026
Daniel C. Bonham, OSB #183104
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR  97204
Telephone:  503-241-4869
Fax:  503-241-3731

Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Bankruptcy Case No.: 20-32571-dwh11 |
|---|---|
| U.S. Outdoor Holding LLC,<br><br>        Debtor-in-Possession | DECLARATION OF EDWARD ARINIELLO IN SUPPORT OF THE CHAPTER 11, SUBCHAPTER V, PLAN DATED DECEMBER 3, 2020 |

I, Edward Ariniello, make this declaration in support of confirmation of U.S. Outdoor Holding LLC's ("Debtor-in-Possession" or "Debtor") Chapter 11, Subchapter V, Plan Dated December 3, 2020 (Doc. #90) (the "Plan") as may be amended at the Confirmation Hearing on January 21, 2021.  I declare and state as follows:

## BACKGROUND[1]

1. I am the managing member for the Debtor-in-Possession. I have first-hand knowledge of the facts stated in this declaration and, if called as a witness, could testify competently thereto.

---

[1] The headings in bold type provided in this Declaration are strictly for the benefit of the parties and the Court and are not part of the Declarant's sworn statement.

Page 1 of 9   DECLARATION OF EDWARD ARINIELLO IN SUPPORT OF THE CHAPTER 11, SUBCHAPTER V, PLAN DATED DECEMBER 3, 2020

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 20-32571-dwh11    Doc 121    Filed 01/18/21

## 11 U.S.C. § 1129(a)(1) - PLAN COMPLIANCE WITH THE BANKRUPTCY CODE

2. I believe the Plan complies with the applicable provisions of Title 11 of the United States Code (the "Bankruptcy Code"), including, without limitation, that the Plan properly designates classes of claims, classifies only substantially similar claims in the same class, provides adequate and proper means for implementation, and payments to creditors from the continuation of ongoing business operations sufficient for execution of the Plan. The Debtor is not a corporation. The Plan was not proposed with the principal purpose of the avoidance of taxes or the Securities Act of 1933, as amended.

## 11 U.S.C. § 1129(a)(2) - PROPONENT OF PLAN COMPLIANCE WITH THE BANKRUPTCY CODE

3. I, as managing member of the proponent of the Plan, have complied with the applicable provisions of Title 11 of the United States Code.

## 11 U.S.C. § 1129(a)(3) - PLAN PROPOSED IN GOOD FAITH

4. I believe the Plan has been proposed in good faith and not by any means forbidden by law.

5. I believe the Plan fully treats and pays all classes of creditors in a fashion consistent with the Bankruptcy Code.

6. The Debtor, by and through counsel, has appeared at all appearance-required hearings and have completed all court required reporting.

7. The Debtor has tried to disclose every piece of property, even when it may be determined not to have an interest in it outside of general business interest.

Page 2 of 9   DECLARATION OF EDWARD ARINIELLO IN SUPPORT OF THE CHAPTER 11, SUBCHAPTER V, PLAN DATED DECEMBER 3, 2020

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 20-32571-dwh11    Doc 121    Filed 01/18/21

8. I further believe that the Plan has an adequate means for implementation and provides for alternatives in the event of default.

9. During the performance of the Plan, not less than $594,390.13 will be paid to unsecured creditors on pre-petition claims from the Debtor's post-petition income.

## 11 U.S.C. § 1129(a)(4) - PAYMENT OF SERVICES, COSTS, OR EXPENSES

10. Any payment made or to be made by the Debtor, or by a person issuing securities or acquiring property under the Plan, for services or for costs and expenses in or in connection with the case, or in connection with the Plan and incident to the case, has been approved by, or is subject to the approval of, the Court as reasonable.

11. The Debtor has not made, and will not make, any payments for costs, expenses, or services provided by professionals in connection with this case outside of those approved by the Court. The Plan provides that Debtor-in-Possession's professionals are to be paid by Debtor-in-Possession on an administrative basis only after such fees are approved by the Court.

## 11 U.S.C. § 1129(a)(5) - DISCLOSURE OF POST-PETITION MANAGEMENT AND EMPLOYMENT OF INSIDERS

12. I, as managing member of the proponent of the Plan, have disclosed the identity and affiliations of any individual proposed to serve, after confirmation of the Plan, as a director, officer, or voting trustee of Debtor-in-Possession, an affiliate of Debtor-in-Possession participating in a joint Plan with Debtor-in-Possession, or a successor to Debtor-in-Possession under the Plan; and the appointment to, or continuance in, such office of

Page 3 of 9    DECLARATION OF EDWARD ARINIELLO IN SUPPORT OF THE CHAPTER 11, SUBCHAPTER V, PLAN DATED DECEMBER 3, 2020

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 20-32571-dwh11    Doc 121    Filed 01/18/21

such individual, is consistent with the interests of creditors and equity security holders and with public policy; and Debtor-in-Possession has disclosed the identity of any insider that will be employed or retained by the reorganized Debtor-in-Possession, and the nature of any compensation for such insider.

**11 U.S.C. § 1129(a)(6) - GOVERNMENT REGULATION OF RATES**

13. No governmental regulatory commission has jurisdiction over the approval of the rates of the Debtor. The requirement that any governmental regulatory commission with jurisdiction, after confirmation of the Plan, over the rates of Debtor-in-Possession approve any rate change provided for in the Plan, or that such rate change is expressly conditioned on such approval, is inapplicable to Debtor or its Plan.

**11 U.S.C. § 1129(a)(7) - BEST INTEREST OF CREDITORS**

14. The Plan provides that with respect to each impaired class of claims or interests each holder of a claim or interest of such class has accepted the Plan; or will receive or retain under the Plan on account of such claim or interest property of a value, as of the Effective Date of the Plan, that is not less than the amount that such holder would so receive or retain if Debtor-in-Possession were liquidated under Chapter 7 of Title 11 of the United States Code on such date; or if Section 1111(b)(2) of Title 11 of the United States Code applies to the claims of such class, each holder of a claim of such class will receive or retain under the Plan an account of such claim property of a value, as of the Effective Date of the Plan, that is not less than the value of such holder's interest in the estate's interest in the property that secures such claims.

Page 4 of 9   DECLARATION OF EDWARD ARINIELLO IN SUPPORT OF THE CHAPTER 11, SUBCHAPTER V, PLAN DATED DECEMBER 3, 2020

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 20-32571-dwh11    Doc 121    Filed 01/18/21

15. The Plan proposes a payout of not less than $594,390.13 on unsecured claims and, therefore, provides that unsecured creditors will receive under the Plan, on account of their claims, property having a value, as of the date of confirmation of the Plan, that is equal to the amount that such creditor would receive if the nonexempt assets were liquidated under a Chapter 7 case. Plan ¶ 4.

**11 U.S.C. § 1129(a)(9) - TREATMENT OF PRIORITY CLAIMS**

16. The Debtor has no claims against it entitled to priority under Section 507(a)(1) for domestic support obligations.

17. Except to the extent that the holder of a particular claim has agreed to a different treatment of such claim, the Plan provides that with respect to a claim of a kind specified in Section 507(a)(2) or 507(a)(3) of Title 11 of the United States Code, on the Effective Date of the Plan, the holder of such claim will receive on account of such claim cash equal to the allowed amount of such claim.

18. Unless otherwise agreed in writing by the holder of an administrative claim, all administrative claims will be paid in accordance with the requirements of the Bankruptcy Code.

19. The Debtor has no claims against it entitled to priority under Section 507(a)(3), as that section applies only to involuntary petitions. This case was commenced voluntarily.

20. The Debtor believes that all claims entitled to priority under Section 507(a)(4) for wages, salaries, or commissions, including vacation, severance, and sick leave pay earned by an individual, or sales commissions earned by an individual or a corporation with only one employee have been satisfied post-petition.

Page 5 of 9   DECLARATION OF EDWARD ARINIELLO IN SUPPORT OF THE
CHAPTER 11, SUBCHAPTER V, PLAN DATED DECEMBER 3, 2020

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 20-32571-dwh11    Doc 121    Filed 01/18/21

21. The Debtor believes that all claims entitled to priority under Section 507(a)(5) for pre-petition contributions to employee benefit plans have been satisfied post-petition.

22. The Debtor has no claims against it entitled to priority under Section 507(a)(6) as it does not own or operate a grain storage facility, and it has not acquired fish or fish produce from a United States fisherman.

23. The Debtor has no claims against it entitled to priority under Section 507(a)(7) for deposits related to the purchase, lease, or rental of property or the purchase of services for personal, family, or household use.

24. With respect to claims against the Debtor-in-Possession entitled to priority under Section 507(a)(8), including claims which would be entitled to priority under Section 507(a)(8) but for the secured status of that claim, the Plan provides that the holder of such claim will receive on account of such claim regular installment payments in cash:

   (i) pursuant to the stated annual payments contained in Exhibit 1 of the Plan, as to be amended by **Exhibit 1** attached hereto and discussed below;

   (ii) on a pro rata basis over a period ending not later than 5 years after the date of the order for relief under Section 301; and

   (iii) priority claims under Section 507(a)(8) of an amount less than $2,000.00 may be prepaid at any time as a matter of administrative convenience.

25. The Debtor has no claims against it entitled to priority under Section 507(a)(9) for any commitment by the Debtor for or to a Federal depository institutions regulatory agency (or predecessor to such agency) to maintain the capital of an insured depository institution.

Page 6 of 9   DECLARATION OF EDWARD ARINIELLO IN SUPPORT OF THE
CHAPTER 11, SUBCHAPTER V, PLAN DATED DECEMBER 3, 2020

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 20-32571-dwh11    Doc 121    Filed 01/18/21

26. The Debtor has no claims against it entitled to priority under Section 507(a)(10) for claims for death or personal injury resulting from the operation of a motor vehicle or vessel if such operation was unlawful because the debtor was intoxicated from using alcohol, a drug, or another substance.

## 11 U.S.C. § 1129(a)(10) - ACCEPTANCE BY AN IMPAIRED CLASS

27. At least one class of claims that is impaired under the Plan has accepted the Plan, determined without including any acceptance of the Plan by any insider.

## 11 U.S.C. § 1129(a)(11) - FEASIBILITY

28. Confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor-in-Possession or any successor to Debtor-in-Possession under the Plan, unless such liquidation or reorganization is proposed in the Plan.

29. I have reviewed the financial statements and the projections for future income of the Debtor. The financial projections were prepared by Karissa Aleskus of the consulting firm CFO Selections, LLC, based on information I provided and with my participation, review and approval. I am familiar with the preparation of the projections. The projections attached as Exhibit 1 to the Plan contained several errors which have now been corrected. The corrected projections are attached hereto as **Exhibit 1.** Based on this review and my familiarity with the facts, I believe that the Debtor will be able to perform its obligations under the Plan, including all of its payment obligations.

Page 7 of 9 DECLARATION OF EDWARD ARINIELLO IN SUPPORT OF THE CHAPTER 11, SUBCHAPTER V, PLAN DATED DECEMBER 3, 2020

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 20-32571-dwh11    Doc 121    Filed 01/18/21

30. The income and expense numbers used in Debtor-in-Possession's projected budgets are realistic because they are based on existing income and expenses.

**11 U.S.C. 1129(a)(12) - PAYMENT OF U.S. TRUSTEE AND COURT FEES**

31. All fees payable under Section 1930 of Title 28 of the United States Code, as determined by the Court at the Confirmation Hearing, have been paid or the Plan provides for the payment of all such fees on the Effective Date of the Plan.

**11 U.S.C. 1129(a)(13) - CONTINUATION OF RETIREE BENEFITS**

32. The requirements for continuation of retiree benefits under Section 1129(a)(13) are inapplicable because the Debtor is not obligated to pay for any retiree benefits.

**11 U.S.C. § 1129(a)(14) - PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS**

33. The Debtor has no, nor does it anticipate, any claims for domestic support obligation that first become payable after the date of the filing of the petition.

**11 U.S.C. § 1129(a)(16) - TRANSFERS OF PROPERTY**

34. The requirement under Section 1129(a)(16) for confirmation of the Plan that all transfers of property under the Plan shall be made in accordance with any applicable provisions of nonbankruptcy law that govern the transfer of property by a corporation or trust is inapplicable as the Debtor is not a corporation or trust.

Page 8 of 9   DECLARATION OF EDWARD ARINIELLO IN SUPPORT OF THE CHAPTER 11, SUBCHAPTER V, PLAN DATED DECEMBER 3, 2020

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 20-32571-dwh11    Doc 121    Filed 01/18/21

**11 U.S.C. § 1191(b)**

35. The Plan does not discriminate unfairly, and is fair and equitable, with respect to each class of claims or interests that is impaired under, and has not accepted, the Plan.

36. The Plan preserves the Debtor's ability to continue to employ its employees and operate as a going concern.

37. I believe that all procedures used to distribute solicitation materials for the Plan and to tabulate the ballots were fair and conducted in accordance with the Bankruptcy Code, Bankruptcy Rules, the Local Bankruptcy Rules, and all other rules, laws, and regulations.

I hereby declare that the above statements are true to the best of my knowledge and belief and that I understand the above statements are made for use as evidence in Court and are subject to penalty for perjury.

Dated: <u>January 18, 2021</u>

<u>/s/ Edward Ariniello</u><br>
Edward Ariniello, Declarant

Page 9 of 9   DECLARATION OF EDWARD ARINIELLO IN SUPPORT OF THE CHAPTER 11, SUBCHAPTER V, PLAN DATED DECEMBER 3, 2020

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 20-32571-dwh11    Doc 121    Filed 01/18/21

US Outdoor Holding, LLC - Case No. 20-32571-dwh11

|  |  |  |  | **400,000** | **622,738** | **452,201** | **402,657** |
|---|---|---|---|---|---|---|---|
|  | **Beginning Cash** |  |  |  |  |  |  |

| CLASS | CREDITOR NAME | CLAIM AMOUNT | INTEREST RATE | Due 1/31/21 | Due 1/31/22 | Due 1/31/23 | Due 1/31/24 |
|---|---|---|---|---|---|---|---|
| Admin | Vanden Bos & Chapman | 50,000 | 0% | 50,000 | 5,000 | 5,000 | 0 |
| Admin | CFO Selections, LLC | 5,000 | 0% | 6,000 | 7,500 | 5,000 | 0 |
| Admin | Willamette Valley Accounting | 4,000 | 0% | 4,000 | 4,000 | 4,000 | 0 |
| Admin | Solomon Trust (precautionary) | 30,000 | 0% | 30,000 | 0 | 0 | 0 |
| Admin | Subchapter V Trustee | 10,000 | 0% | 10,000 | 0 | 0 | 0 |
|  | Subtotal: |  |  | 100,000 | 16,500 | 14,000 | 0 |
|  |  |  |  |  |  |  |  |
| Class 1 | US Small Business Admin | 150,154 | 3.75% | 5,117 | 8,772 | 8,772 | 8,772 |
| Class 2 | Tecnica Group USA Corp | 50,298 | 4.25% | 4,500 | 49,973 | 0 | 0 |
| Class 3 | The Burton Corporation | 64,302 | 4.25% | 8,200 | 61,335 |  |  |
| Class 4 | National Funding Inc | 74,567 | 4.25% | 9,500 | 71,136 |  |  |
| Class 5 | IRS | 92,734 | 3.00% | 6,000 | 92,202 |  |  |
| Class 6 | Multnomah County | 1,610 | 16.00% | 1,610 | 0 | 0 | 0 |
| Class 7 | Solomon Trust (see Class 9) | 193,129 | 0.00% | 0 | 0 | 0 | 0 |
| Class 8 | Solomon Management (see Class 9) | 1,269,785 | 0.00% | 0 | 0 | 0 | 0 |
|  | Subtotal: |  |  | 34,927 | 283,418 | 8,772 | 8,772 |
|  |  |  |  |  |  |  |  |
| Priority | IRS | 59,642 | 3.00% | 6,000 | 57,094 | 0 | 0 |
| Priority | ODR | 24,260 | 6.00% | 3,000 | 24,079 |  |  |
| Priority | DCBS | 1,127 | 6.00% | 1,127 | 0 | 0 | 0 |
| Priority | Employment Dept | 18,169 | 6.00% | 2,500 | 17,765 |  |  |
|  | Subtotal: |  |  | 12,627 | 98,938 | 0 | 0 |
|  |  |  |  |  |  |  |  |
| Class 9 | General Unsecured Creditors | 3,600,085 | 0% | 0 | 50,000 | 323,795 | 323,795 |
|  | Subtotal: |  |  | 0 | 50,000 | 323,795 | 323,795 |

| Total Plan Payments: | 147,554 | 448,856 | 346,567 | 332,567 |
|---|---|---|---|---|
| Net Cash Carry: | 252,446 | 173,882 | 105,634 | 70,090 |

Exhibit 1 - Page 1 of 4

Case 20-32571-dwh11    Doc 121    Filed 01/18/21

# US Outdoor Holding, LLC
## Income Statement Projections

| | % Inc. | Jan 21 | Feb 21 | Mar 21 | Apr 21 | May 21 | Jun 21 | Jul 21 | Aug 21 | Sep 21 | Oct 21 | Nov 21 | Dec 21 | 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | | 252,446.00 | 257,442.99 | 366,314.32 | 358,782.73 | 335,952.29 | 326,056.25 | 317,280.62 | 305,180.51 | 300,435.82 | 313,862.71 | 373,557.21 | 460,654.60 | |
| Post-Petition Financing | | | 250,000.00 | | | | | | | | | | | 250,000 |
| **Revenue** | | | | | | | | | | | | | | |
| 46100 · In-Store Sales | | 175,606 | 131,450 | 135,750 | 87,540 | 105,000 | 112,000 | 119,098 | 121,500 | 160,020 | 272,550 | 338,100 | 473,340 | 2,231,954 |
| 46200 · eCommerce Sales | | | | | | | | | | | | | | |
| 46201 · Paypal | | 13,800 | 12,650 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 11,500 | 11,500 | 129,450 |
| 46202 · Amazon | | 9,100 | 8,450 | 7,800 | 7,800 | 7,800 | 7,800 | 8,580 | 9,360 | 9,750 | 10,140 | 12,480 | 13,650 | 112,710 |
| 46200 · eCommerce Sales - Other | | 30,000 | 30,000 | 22,500 | 25,000 | 27,500 | 30,000 | 32,500 | 30,000 | 36,000 | 52,500 | 81,000 | 94,500 | 491,500 |
| 46000 · Merchandise Sales - Other | | 1,500 | 1,500 | 1,500 | 0 | 0 | 1,500 | 2,000 | 3,000 | 1,500 | 0 | 0 | 0 | 12,500 |
| 48300 · Vendor Discounts Given | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 48500 · Refunds and Returns | | -550 | -550 | -550 | -550 | -550 | -478 | -511 | -494 | -558 | -726 | -1,050 | -1,197 | -7,763 |
| 49000 · Sponsorship and Commissions | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Revenue** | | **229,456** | **433,500** | **177,000** | **129,790** | **149,750** | **160,822** | **171,667** | **173,366** | **216,713** | **344,464** | **442,030** | **591,794** | **3,220,352** |
| **Cost of Goods Sold** | | | | | | | | | | | | | | |
| 50000 · Cost of Goods Sold (Inventory) | 50% | 114,142 | 215,643 | 88,048 | 64,564 | 74,493 | 80,000 | 85,395 | 86,241 | 107,803 | 171,352 | 219,887 | 294,386 | 1,601,954 |
| 50090 · Inventory - Freight -In | 0% | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 1,500 |
| 50100 · Cost of Sales | | | | | | | | | | | | | | |
| 59700 · eComm | Online Services | 10% | 5,290 | 5,110 | 4,030 | 4,280 | 4,530 | 4,780 | 5,108 | 4,936 | 5,575 | 7,264 | 10,498 | 11,965 | 73,366 |
| 59800 · Merchant Account Fees | 3% | 7,572 | 14,306 | 5,841 | 4,283 | 4,942 | 5,307 | 5,665 | 5,721 | 7,152 | 11,367 | 14,587 | 19,529 | 106,272 |
| Total 50100 · Cost of Sales | 10% | 12,862 | 19,416 | 9,871 | 8,563 | 9,472 | 10,087 | 10,773 | 10,657 | 12,727 | 18,631 | 25,085 | 31,494 | 179,638 |
| 55020 · Rental Fleet | 0% | 0 | 0 | | | 48 | 3,000 | 7,500 | 56 | 70 | 111 | 4,500 | 4,500 | 19,785 |
| 65040 · Repair Shop Expenses | 0% | 300 | 0 | | | 23 | 25 | 300 | 27 | 34 | 350 | 350 | 350 | 1,759 |
| 68200 · Postage/ Shipping | 5% | 2,645 | 2,555 | 2,015 | 2,140 | 2,265 | 2,390 | 2,554 | 2,468 | 2,788 | 3,632 | 5,249 | 5,983 | 36,683 |
| **Total COGS** | 70% | **130,074** | **237,739** | **100,059** | **75,392** | **86,426** | **95,628** | **106,647** | **99,574** | **123,546** | **194,202** | **255,196** | **336,837** | **1,841,319** |
| **Gross Profit** | | **99,382** | **195,761** | **76,941** | **54,398** | **63,324** | **65,194** | **65,020** | **73,793** | **93,167** | **150,262** | **186,835** | **254,956** | **1,379,033** |
| *Gross Margin %* | | *43%* | *45%* | *43%* | *42%* | *42%* | *41%* | *38%* | *43%* | *43%* | *44%* | *42%* | *43%* | *43%* |
| *Product Margin %* | | *50%* | *-17%* | *50%* | *50%* | *50%* | *50%* | *50%* | *50%* | *50%* | *50%* | *50%* | *50%* | *50%* |
| **Expense** | | | | | | | | | | | | | | |
| **General & Administrative** | | | | | | | | | | | | | | |
| 60211 · Fuel | | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 1,500 |
| 60201 · Automobile Expense - Other | | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| 60300 · Parking and Tolls | | 750 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 750 |
| 60400 · Bank Service Charges - Other | | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 480 |
| 61700 · Computer and Internet Expenses | | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 13,200 |
| 63300 · Liability Insurance | | 1,550 | 1,550 | 1,550 | 1,550 | 1,550 | 1,550 | 1,550 | 1,550 | 1,550 | 1,550 | 1,550 | 1,550 | 18,600 |
| 64300 · Meals and Entertainment 50% | | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,800 |
| 64310 · Meals and Entertainments 100% | | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 2,700 |
| 64400 · Travel | | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| 64900 · Office Supplies | | 2,000 | 925 | 925 | 925 | 925 | 925 | 925 | 925 | 925 | 925 | 925 | 925 | 12,175 |
| 64950 · Software Subscription Expense | | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 8,400 |
| 66700 · Professional Fees | | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 |
| 66900 · Reconciliation Discrepancies | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Exhibit 1 - Page 2 of 4    Case 20-32571-dwh11    Doc 121    Filed 01/18/21

US Outdoor Holding, LLC

| | % Inc. | Jan 21 | Feb 21 | Mar 21 | Apr 21 | May 21 | Jun 21 | Jul 21 | Aug 21 | Sep 21 | Oct 21 | Nov 21 | Dec 21 | 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68900 · Licenses and Fees | | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 5,400 |
| **Total General & Administrative** | | **10,040** | **8,215** | **8,215** | **8,215** | **8,215** | **8,215** | **8,215** | **8,215** | **8,215** | **8,215** | **8,215** | **8,215** | **100,405** |
| Occupancy | | | | | | | | | | | | | | 0 |
| 61100 · Display & Decor Expense | | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| 63600 · Janitorial Expense | | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,800 |
| 64800 · Furniture & Fixtures < $2500 | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| 66300 · Business Tax | | 3,000 | 3,000 | 3,000 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 3,000 | 3,000 | 3,000 | 33,000 |
| 67100 · Rent Expense | | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 108,000 |
| 67200 · Repairs and Maintenance | | 500 | 500 | 500 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 900 | 900 | 4,700 |
| 67250 · Small Equipment | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 68601 · Telephone Expense | | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 9,000 |
| 68600 · Utilities - Other | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| **Total Occupancy** | | **14,750** | **14,750** | **14,750** | **13,950** | **13,950** | **13,950** | **13,950** | **13,950** | **13,950** | **14,450** | **15,150** | **15,150** | **172,700** |
| Sales & Marketing | | | | | | | | | | | | | | 0 |
| 60180 · Advertising and Promotion | | 8,000 | 8,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 10,000 | 10,000 | 10,000 | 88,000 |
| 60184 · Dues and Memberships | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| 60187 · Marketing/Public Relation | | 200 | 200 | 200 | 500 | 500 | 500 | 500 | 500 | 500 | 1,500 | 1,500 | 1,500 | 8,100 |
| 60188 · Events & Classes | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 500 | 500 | 500 | 1,500 |
| 60189 · Trade Show Expenses | | 0 | 0 | | | 0 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 5,250 |
| 64500 · Gifts < $25 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 64600 · Gifts > $25 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 68300 · Printing/Reproduction | | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| 69600 · Consignment Sales Expense | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Sales & Marketing** | | **8,600** | **8,600** | **7,600** | **7,900** | **7,900** | **8,650** | **8,650** | **8,650** | **8,650** | **13,150** | **13,150** | **13,150** | **107,650** |
| 60000 · Payroll Expenses | | | | | | | | | | | | | | |
| 60031 · Hourly Labor | | 34,440 | 29,400 | 28,140 | 22,190 | 18,760 | 18,760 | 21,560 | 22,820 | 23,800 | 28,980 | 36,288 | 36,540 | 321,678 |
| 60032 · Salary Labor | | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 192,000 |
| 60050 · Federal Payroll Taxes | | 4,287 | 3,859 | 3,752 | 3,246 | 2,955 | 2,955 | 3,193 | 3,300 | 3,383 | 3,823 | 4,444 | 4,466 | 43,663 |
| 60060 · State Payroll Taxes | | 2,018 | 1,816 | 1,766 | 1,528 | 1,390 | 1,390 | 1,502 | 1,553 | 1,592 | 1,799 | 2,092 | 2,102 | 20,547 |
| 63400 · Worker's Compensation | | 200 | 200 | 200 | 200 | 50 | 50 | 50 | 50 | 50 | 50 | 200 | 200 | 1,500 |
| 66400 · Pension Plan | | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| 66500 · Medical/ Dental Insurance | | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 42,000 |
| 66550 · Other Employee Benefits | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| 66800 · Recruiting Expenses | | 50 | 50 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 150 | 50 | 550 |
| 68500 · Uniforms | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 48 | 0 | 48 |
| 60000 · Payroll Expenses - Other | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| **Total 60000 · Payroll Expenses** | | **60,995** | **55,325** | **53,908** | **47,164** | **43,155** | **43,155** | **46,305** | **47,723** | **48,925** | **54,753** | **63,222** | **63,358** | **627,986** |
| **Total Expense** | | 94,385 | 86,890 | 84,473 | 77,229 | 73,220 | 73,970 | 77,120 | 78,538 | 79,740 | 90,568 | 99,737 | 99,873 | 1,008,741 |
| **Net Income** | | 4,997 | 108,871 | -7,532 | -22,830 | -9,896 | -8,776 | -12,100 | -4,745 | 13,427 | 59,695 | 87,097 | 155,084 | 370,292 |

Exhibit 1 - Page 3 of 4    Case 20-32571-dwh11    Doc 121    Filed 01/18/21

| US Outdoor Holding, LLC | Forecast | Forecast | Forecast |
|---|---:|---:|---:|
| **Income Statement & Projections** | **2021** | **2022** | **2023** |
| In-Store Sales | 2,231,954 | 2,410,511 | 2,506,931 |
| eCommerce Sales | 733,660 | 792,353 | 824,047 |
| Merchandise Sales - Other | 12,500 | 13,500 | 14,040 |
| **Total Revenue** | **3,220,352** | **3,207,980** | **3,336,299** |
| **Total COGS** | 1,841,319 | 1,901,553 | 1,977,615 |
| **Gross Profit** | 1,379,033 | 1,306,427 | 1,358,685 |
| *Gross Margin %* | *42.8%* | *40.7%* | *40.7%* |
| Total General & Administrative | 100,405 | 103,417 | 106,520 |
| Total Occupancy | 172,700 | 179,608 | 186,792 |
| Total Sales & Marketing | 107,650 | 110,880 | 114,206 |
| Total Payroll Expenses | 627,986 | 634,204 | 654,143 |
| **Total Expense** | 1,008,741 | 1,028,109 | 1,061,661 |
| **Net Income** | **370,292** | **278,319** | **297,023** |
| **Beginning Cash:** | 400,000 | 252,446 | 173,882 |
| **Cash + NI** | 400,000 | 622,738 | 452,201 |

**Exhibit 1 - Page 4 of 4**

Case 20-32571-dwh11    Doc 121    Filed 01/18/21

In re U.S. Outdoor Holding LLC
Bankruptcy Case No. 20-32571-dwh11

CERTIFICATE - TRUE COPY

DATE: January 18, 2021

DOCUMENT: DECLARATION OF EDWARD ARINIELLO IN SUPPORT OF THE CHAPTER 11, SUBCHAPTER V, PLAN DATED DECEMBER 3, 2020

I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

U.S. Outdoor Holding LLC
Attn: Edward A. Ariniello
600 NW 14th Ave Ste A
Portland, OR 97209

by mailing a copy of the above-named document to each of the above in a sealed envelope addressed to the last known address. Each envelope was deposited into the postal system at Portland, Oregon, on the below date, postage prepaid.

I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated: January 18, 2021     VANDEN BOS & CHAPMAN, LLP


By:/s/Daniel C. Bonham
   Douglas R. Ricks, OSB #044026
   Daniel C. Bonham, OSB #183104
   Of Attorneys for Debtor-in-Possession