Douglas R. Ricks, OSB #044026
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR 97204
Telephone: 503-241-4869
Fax: 503-241-3731

    Of Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 20-32571-dwh11 |
|---|---|
| U.S. Outdoor Holding LLC <br><br> Debtor. | MOTION TO WITHDRAW FINAL ACCOUNT AND APPLICATION FOR ENTRY OF FINAL DECREE AND CLOSING ORDER (DOC 146) AND TO SET ASIDE FINAL DECREE (DOC 147) |

Debtor moves the Court for entry of an Order allowing withdrawal of the Final Account and Application for Entry of Final Decree and Closing Order (the "Final Account") (Doc 146) and setting aside the Final Decree (Doc 147) entered by this Court on April 15, 2021 for the reason the Final Account was submitted to the Court in order to ensure compliance with LBR 2015-1(b) and the confirmed plan has been substantially consummated. However, in light of the Trustee's preference to keep the case open during administration of the plan (Doc 148) and the Debtor's consent to that approach, the Final Decree should be set aside pursuant to FRCP 60(b).

Page 1 of 2    MOTION TO WITHDRAW FINAL ACCOUNT AND APPLICATION FOR ENTRY OF FINAL DECREE AND CLOSING ORDER (DOC 146) AND TO SET ASIDE FINAL DECREE (DOC 147)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 20-32571-dwh11   Doc 149   Filed 04/20/21

WHEREFORE, Debtor requests entry of an Order in the form attached to this Motion as **Exhibit A** allowing withdrawal of the Final Account and setting aside the Final Decree.

VANDEN BOS & CHAPMAN, LLP


By:/s/Douglas R. Ricks
    Douglas R. Ricks, OSB #044026
    Of Attorneys for Debtor-in-Possession

Page 2 of 2     MOTION TO WITHDRAW FINAL ACCOUNT AND APPLICATION FOR ENTRY OF FINAL DECREE AND CLOSING ORDER (DOC 146) AND TO SET ASIDE FINAL DECREE (DOC 147)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 20-32571-dwh11    Doc 149    Filed 04/20/21

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 20-32571-dwh11 |
|---|---|
| U.S. Outdoor Holding LLC<br><br>Debtor. | ORDER RE: MOTION TO WITHDRAW FINAL ACCOUNT AND APPLICATION FOR ENTRY OF FINAL DECREE AND CLOSING ORDER (DOC 146) AND TO SET ASIDE FINAL DECREE (DOC 147) |

Based on Debtor's Motion to Withdraw Final Account and Application for Entry of Final Decree and Closing Order (Doc 146) and to Set Aside Final Decree (Doc 147); and the Court being otherwise fully advised, it is

ORDERED that Debtor's Motion is granted, the Final Account and Application for Entry of Final Decree and Closing Order (Doc 146) is treated as withdrawn, and entry of the Final Decree (Doc 147) is hereby set aside.

###

Page 1 of 2   ORDER RE: MOTION TO WITHDRAW FINAL ACCOUNT AND APPLICATION FOR ENTRY OF FINAL DECREE AND CLOSING ORDER (DOC 146) AND TO SET ASIDE FINAL DECREE (DOC 147)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

EXHIBIT A - Page 1 of 2

Case 20-32571-dwh11    Doc 149    Filed 04/20/21

**PRESENTED BY**:

VANDEN BOS & CHAPMAN, LLP

By:/s/Douglas R. Ricks
    Douglas R. Ricks, OSB #044026
    Of Attorneys for Debtor

**LBR 9021-1 CERTIFICATION**
I certify that I have complied with the requirement of LBR 9021-1(a);

By:/s/Douglas R. Ricks
    Douglas R. Ricks, OSB #044026
    Of Attorneys for Debtor

**First Class Mail:**

U.S. Outdoor Holding LLC
Attn: Edward A. Ariniello
600 NW 14th Ave Ste A
Portland, OR 97209

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

Page 2 of 2   ORDER RE: MOTION TO WITHDRAW FINAL ACCOUNT AND APPLICATION FOR ENTRY OF FINAL DECREE AND CLOSING ORDER (DOC 146) AND TO SET ASIDE FINAL DECREE (DOC 147)

**EXHIBIT A - Page 2 of 2**

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 20-32571-dwh11    Doc 149    Filed 04/20/21

<u>In re U.S. Outdoor Holding LLC</u>
Bankruptcy Case No. 20-32571-dwh11

CERTIFICATE - TRUE COPY

DATE: April 20, 2021

DOCUMENT: MOTION TO WITHDRAW FINAL ACCOUNT AND APPLICATION FOR ENTRY OF FINAL DECREE AND CLOSING ORDER (DOC 146) AND TO SET ASIDE FINAL DECREE (DOC 147)

I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

U.S. Outdoor Holding LLC
Attn: Edward A. Ariniello
600 NW 14th Ave Ste A
Portland, OR 97209

by mailing a copy of the above-named document to each of the above in a sealed envelope addressed to the last known address. Each envelope was deposited into the postal system at Portland, Oregon, on the below date, postage prepaid.

I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated: April 20, 2021   VANDEN BOS & CHAPMAN, LLP


By:<u>/s/Douglas R. Ricks</u>
    Douglas R. Ricks, OSB #044026
    Of Attorneys for Debtor

Page 1 – CERTIFICATE OF SERVICE

Case 20-32571-dwh11    Doc 149    Filed 04/20/21