UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re )
) Case No.: 20-32571-dwh11
U.S. OUTDOOR HOLDING LLC )
) CHAPTER 11 TRUSTEE'S
) PERIODIC CASE STATUS REPORT
)
)
Debtor(s) )

      The debtor's Plan of Reorganization was confirmed as a non consensual Plan on January 27, 2021. Pursuant to the Confirmation Order, the Case Trustee is responsible for making payments to allowed claims according to the schedule attached hereto as **Exhibit A**. Funding for those payments was to come from monies sent to the Case Trustee by the debtor. Since the bankruptcy estate, and the case, remain open in a non consensual Plan for the life of the confirmed Plan, local rules require the Case Trustee to file a status report every six months until the Plan has been completed, at which time LBF 1195 would be filed. The Case Trustee's last status report was filed on November 16, 2021 (Dkt. 154). The next status report is due six months from this filing.

**CURRENT ACTIVITIES**

      The Plan Payment due January 31, 2022 in the sum of $423,584 was not made. In lieu thereof, the debtor paid $100,000 to the Case Trustee and thereafter filed a Motion to Approve a Plan Amendment. Just prior to filing the amended plan, Garrett Ledgerwood, on behalf of creditors Robert Solomon and Solomon Management Inc., filed a motion to convert the case to Chapter 7. Following negotiations between the debtor and Mr. Ledgerwood, the

debtor filed a second amended Plan of Reorganization on April 15, 2022. The time for filing objections to the Amended Plan has run and no objections have been filed. An Order confirming that Plan is expected to be entered this week.

The debtor's Amended Plan of Reorganization calls for the company to be sold by September 30, 2022. The business will continue to operate until it is sold. If the debtor fails to complete a sale by September 30th, or otherwise falls to comply with the terms of the Amended Plan, then, following Notice of Default, the debtor's case will be converted to Chapter 7. The sale proceeds will be disbursed by the Case Trustee as set forth in the attached Amended Payment Schedule (**Exhibit B**), provided however that the administrative payments to the Case Trustee and Debtor's Counsel are estimated and subject to bankruptcy court approval.

Separately, the Case Trustee has been authorized to investigate and pursue avoidable transfers. To that end, he is retaining Timothy Solomon and the Leonard Law Group to assist him in this endeavor. The statute of limitations to pursue these claims runs on September 4, 2022. Any funds recovered, will be used to make additional payments to Creditors.

Respectfully submitted,

/s/ Kenneth S. Eiler
Chapter 11 Trustee

c: by ecf only

# EXHIBIT A
# (Original Plan Payment Schedule)

# PLAN PAYMENT SCHEDULE

| CLASS | CREDITOR NAME | CLAIM AMOUNT | INTEREST RATE | Initial Plan Payments | Due 1/31/22 | Due 1/31/23 | Due 1/31/24 |
|---|---|---|---|---|---|---|---|
| Class 1 | US Small Business Admin -- **** | 150,154 | 3.75% | 5,117 | 8,772 | 8,772 | 8,772 |
| Class 2 | Tecnica Group USA Corp | 50,298 | 4.25% | 4,500 | 49,973 | 0 | 0 |
| Class 3 | The Burton Corporation | 64,302 | 4.25% | 8,200 | 61,335 | | |
| Class 4 | National Funding Inc | 74,567 | 4.25% | 9,500 | 71,136 | | |
| Class 5 | IRS | 92,734 | 3.00% | 6,000 | 92,202 | | |
| Class 6 | Multnomah County | 1,610 | 16.00% | 1,610 | 0 | 0 | 0 |
| Class 7 | Solomon Trust (included in Class 9) | 193,129 | 0.00% | 0 | 0 | 0 | 0 |
| Class 8 | Solomon Mnmt (included in Class 9) | 1,269,785 | 0.00% | 0 | 0 | 0 | 0 |
| | Subtotal: | | | **34,927** | **283,418** | **8,772** | **8,772** |
| | | | | | | | |
| Priority | IRS | 59,642 | 3.00% | 6,000 | 57,094 | 0 | 0 |
| Priority | ODR | 24,260 | 6.00% | 3,000 | 24,079 | | |
| Priority | DCBS | 1,127 | 6.00% | 1,127 | 0 | 0 | 0 |
| Priority | Employment Dept | 18,169 | 6.00% | 2,500 | 17,765 | | |
| | Subtotal: | | | **12,627** | **98,938** | **0** | **0** |
| | | | | | | | |
| Class 9 | General Unsecured Creditors | 3,600,085 | 0% | 0 | 50,000 | 323,795 | 323,795 |
| | Subtotal: | | | **0** | **50,000** | **323,795** | **323,795** |

****PAID DIRECTLY BY THE DEBTOR

Exhibit 1 Page 1 of 1

Case 20-32571-dwh11    Doc 188    Filed 05/16/22

**EXHIBIT B**
**(Amended Plan Payment Schedule)**

US Outdoor Holding, LLC - Case No. 20-32571-dwh11

|  |  |  |  | * |  |  |  |
|---|---|---|---|---|---|---|---|
|  | Beginning Cash |  | * | 400,000 | 160,000 | 151,228 | 51,744 |
|  | Net Profit |  |  |  |  | -282 | 21,668 |
|  | Sale Proceeds |  |  |  |  |  | 925,000 |

| CLASS | CREDITOR NAME | CLAIM AMOUNT | INTEREST RATE | Initial Plan Payments | Due 1/31/22 | Due 4/30/22 | Due 9/30/22 |
|---|---|---|---|---|---|---|---|
| Admin | Vanden Bos & Chapman | 127,256 | 0% | 56,256 | 0 | 5,000 | 66,000 |
| Admin | CFO Selections, LLC | 5,321 | 0% | 6,000 | 0 | 0 | 0 |
| Admin | Willamette Valley Accounting | 0 | 0% | 4,000 | 0 | 0 | 0 |
| Admin | Solomon Trust | 75,000 | 0% | 75,000 | 0 | 0 | 0 |
| Admin | Subchapter V Trustee | 25,215 | 0% | 10,215 | 0 | 2,000 | 13,000 |
|  | Subtotal: |  |  | 151,471 | 0 | 7,000 | 79,000 |
|  |  |  |  |  |  |  |  |
| Class 1 | US Small Business Admin | 150,154 | 3.75% | 5,117 | 8,772 | 0 | 158,652 |
| Class 2 | Tecnica Group USA Corp | 50,298 | 4.25% | 4,500 | 0 | 0 | 48,738 |
| Class 3 | The Burton Corporation | 64,302 | 4.25% | 8,200 | 0 | 0 | 59,703 |
| Class 4 | National Funding Inc | 74,567 | 4.25% | 9,500 | 0 | 0 | 69,244 |
| Class 5 | IRS | 92,734 | 3.00% | 6,000 | 0 | 92,202 | 0 |
| Class 6 | Multnomah County | 1,610 | 16.00% | 1,610 | 0 | 0 | 0 |
| Class 7 | Solomon Trust (see Class 9) | 193,129 | 0.00% | 0 | 0 | 0 | 0 |
| Class 8 | Solomon Management (see Class | 1,269,785 | 0.00% | 0 | 0 | 0 | 0 |
|  | Subtotal: |  |  | 34,927 | 8,772 | 92,202 | 336,337 |
|  |  |  |  |  |  |  |  |
| Priority | IRS | 59,642 | 3.00% | 6,000 | 0 | 0 | 56,068 |
| Priority | ODR | 24,260 | 6.00% | 3,000 | 0 | 0 | 23,192 |
| Priority | DCBS | 1,127 | 6.00% | 1,127 | 0 | 0 | 0 |
| Priority | Employment Dept | 18,169 | 6.00% | 2,500 | 0 | 0 | 17,093 |
|  | Subtotal: |  |  | 12,627 | 0 | 0 | 96,353 |
|  |  |  |  |  |  |  |  |
| Class 9 | General Unsecured Creditors | 3,600,085 | 0% | 0 | 0 | 0 | 461,598 |
|  | Subtotal: |  |  | 0 | 0 | 0 | 461,598 |

| Total Plan Payments: | 199,025 | 8,772 | 99,202 | 973,288 |
|---|---|---|---|---|
| Net Cash Carry: | 200,975 | 151,228 | 51,744 | 25,124 |

* Includes $100,000 paid to the Trustee on or about 1/31/2022